**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LILY JANE, LLC** | * | **CIVIL ACTION NO.: 13-579** |
| | * | |
| **VERSUS** | * | **SECTION: R(5)** |
| | * | |
| **GLOBAL OILFIELD CONTRACTORS, LLC, JEFFREY J. DEROSIA AND JEFFREY G. DEROSIA** | * | **JUDGE VANCE** |
| | * | **MAGISTRATE CHASEZ** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FIRST SUPPLEMENTAL, AMENDING AND RESTATED COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Lily Jane, LLC, in an action of breach of contract, tort, civil and maritime, and respectfully represents:

**JURISDICTION AND VENUE**

**1.**

This is a case of Admiralty and Maritime jurisdiction, and is an admiralty and maritime claim within the meaning of Federal Rules of Civil Procedure, Rule 9(h). This Court has jurisdiction pursuant to 28 U.S.C. §1333.

**2.**

The Court also has subject matter jurisdiction pursuant to 28 U.S.C §1367 as to those claims asserted under state law because they are so related to claims within the federal jurisdiction of the Court that they form part of the same case or controversy within the meaning of Article III of the United State Constitution.

3.

Venue is proper in this Court under the provisions of 28 U.S.C. §1402(b) because it is the judicial district where the act or omission occurred. Venue is also proper under 28 U.S.C. §1391 as the events giving rise to these plaintiffs' claims occurred substantially within this judicial district.

## PARTIES

4.

Plaintiff, Lily Jane, LLC, is a Louisiana limited liability company with its principal place of business in the Parish of Lafourche, Louisiana.

5.

Defendant, Global Oilfield Contractors, LLC, ("Global") is a Louisiana limited liability company with its principal place of business in the Parish of Lafourche, State of Louisiana.

6.

Defendant, Jeffrey J. DeRosia, is a person of the full age of majority and is a resident of and domiciled in the Parish of Lafourche, State of Louisiana.

7.

Defendant, Jeffrey G. DeRosia, is a person of the full age of majority and is a resident of and domiciled in the State of Texas. He may be served through the Long Arm Statute at 10656 Country Road 2442, Tatum, Texas, 75691.

**BACKGROUND**

**8.**

Plaintiff, Lily Jane, LLC, is and was at all times material the owner of the M/V JEFFREY D, formerly known as the M/V LILY JANE, official number 602334, an offshore supply vessel.

**9.**

On September 27, 2010, Plaintiff entered into a Bareboat Charter Agreement for the charter of the M/V JEFFREY D to Defendant, Global Oilfield Contractors, LLC. The term of the charter was for five (5) years.

**10.**

A true and correct copy of the Bareboat Charter Agreement is attached hereto as Exhibit "A."

**11.**

In accordance with the agreement of the Parties, the Vessel was delivered to and accepted by Defendants in good and working order and tight, staunch and seaworthy in all respects.

**12.**

On or about February 22, 2013, and in breach of the contract, Defendant, Global, claims to have re-delivered the Vessel to Plaintiff's dock at Golden Meadow, Louisiana. On re-delivery, the Vessel was discovered to have sustained considerable damage and deterioration including, without limitation, damage to both main engines, inoperable gauges, damaged air compressor, welding and electrical problems, as well as various equipment and tank leaks.

**13.**

Defendants, Jeffrey J. DeRosia and Jeffrey G. DeRosia, in consideration for Plaintiff agreeing to bareboat charter its vessel to Defendant, Global, agreed to and did execute Personal

Guaranties in favor of Plaintiff, guaranteeing all obligations of Global under the Bareboat Charter Agreement and agreeing to pay to Plaintiff all amounts due to Plaintiff by Global, including attorney fees. This guaranty was by its terms "continuing" and "irrevocable."

**14.**

A true and correct copy of the Personal Guaranty executed by Defendants, Jeffrey J. DeRosia and Jeffrey G. DeRosia, is attached hereto as Exhibit "B."

**BREACH OF CONTRACT**

**15.**

Paragraph 8 of the Bareboat Charter Agreement obligates Global to pay Plaintiff charter hire in the amount of $28,000 a month in advance at Plaintiff's office.

**16.**

Despite the fact that Plaintiff provided Defendant, Global, with the Vessel pursuant to the contract, Global has and continues to refuse to honor its contractual commitment by failing and refusing to pay the Charter Hire as set forth in the Bareboat Charter Agreement. As of March 13, 2013, Plaintiff was owed past due Charter Hire by Defendants in the approximate amount of $154,677.55 and future Charter Hire through September 27, 2015 in the approximate amount of $868,000.

**17.**

Paragraph 8 of the Bareboat Charter Agreement further provides that in the event of non-payment or late payment, "interest shall accrue at the rate of one and one-half percent (1 ½%) per month from date due until paid.

**18.**

Paragraph 6 of the Bareboat Charter Agreement requires the Vessel to be returned to Plaintiffs in the same condition as when delivered, ordinary wear and tear excepted. All damages caused to the Vessel during the term of the contract are to be repaired by Global at its sole cost and expense. All cost of surveys and dry-docking are to be paid by Global. Despite its contractual obligations to Plaintiff, Defendants have failed and refused to pay for the damages to the Vessel occasioned during the term of the bareboat charter or for the cost of surveys or drydocking.

**19.**

During the term of the Bareboat Charter Agreement, Defendants incurred liability for necessaries for the vessel and crew wages, the payment of which, on information and belief, has not been made, creating potential liens against the Vessel, all in breach of the bareboat charter. Defendants are in further breach of the charter by failing and refusing to defend and indemnify Plaintiffs and the Vessel against claims for payment of these necessaries and wages.

**20.**

Paragraph 4 of the Bareboat Charter Agreement obligated Defendant, Global, to perform various Coast Guard and other inspections required by all applicable authorities, at its expense. On information and belief, Global has failed and refused to pay for these costs.

**21.**

Defendant, Global, has failed and refused to pay various taxes for which it was obligated under the terms of the Charter. These taxes are estimated to be in the approximate amount of $8,807.55.

22.

Paragraph 24 of the Bareboat Charter Agreement provides that should Plaintiffs need to retain the services of an attorney to enforce the terms of the agreement, Plaintiffs will be entitled to recover their attorney fees incurred in enforcing the Agreement.

23.

Defendants, Jeffrey J. DeRosia and Jeffrey G. DeRosia, personally guaranteed Global's performance and obligations under the contract and, as such, are personally liable in solido with Global for amounts due to Plaintiffs under the Bareboat Charter Agreement.

24.

Plaintiff, Lily Jane, LLC, prays that it be awarded all damages and costs resulting from Global's breach of the Bareboat Charter Agreement, including attorney fees, costs and interest.

**WHEREFORE**, all premises considered, Plaintiff prays for service and citation upon the defendants in accordance with law, and after all necessary delays, that there be judgment herein in favor of Plaintiff, Lily Jane, LLC, for all damages that are reasonable in the premises, legal interest from date of judicial demand, attorney's fees, and all costs of these proceedings, and for all other further and equitable relief to which the Plaintiffs may otherwise be entitled under law.

Respectfully submitted,
**KOCH & SCHMIDT, L.L.C.**
***/s/ R. Joshua Koch, Jr.***

R. JOSHUA KOCH, JR., La. Bar No. #7767
650 Poydras Street, Suite 2415
New Orleans, Louisiana 70130
Telephone: (504) 802-9040
Facsimile: (504) 802-9041
Email: jkoch@kochschmidt.com
***Attorney for Plaintiff***

**PLEASE SERVE:**
**GLOBAL OILFIELD CONTRACTORS, LLC,**
Through their Agent for Service of Process
JEFFREY J. DEROSIA
18308 West Main Street
Galliano, Louisiana 70354


**JEFFREY J. DEROSIA**
18308 West Main Street
Galliano, Louisiana 70354


**JEFFREY G. DEROSIA**
Through Long Arm Statute:
10656 Country Road 2442
Tatum, Texas 75691