UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LILY JANE, LLC** | * | |
| | * | **CIVIL ACTION NO.: 13-579** |
| **VERSUS** | * | |
| | * | **SECTION: R(5)** |
| **GLOBAL OILFIELD** | * | |
| **CONTRACTORS, LLC,** | * | **JUDGE VANCE** |
| **JEFFREY J. DEROSIA AND** | * | |
| **JEFFREY G. DEROSIA** | * | **MAGISTRATE CHASEZ** |
| | * | |

* * * * * * * * * *************** * * * * * * * ************** * * * *

## MOTION TO COMPEL AND FOR CONTEMPT

**NOW COMES**, Plaintiff, Lily Jane, LLC, through undersigned counsel, and respectfully moves this Honorable Court for an order compelling Defendant, Global Oilfield Contractors, LLC, to immediately produce all documents and records which were requested by Plaintiff through a properly issued and served subpoena and notice of records deposition, and for a finding of contempt against Defendant for its unexcused failure to produce so much as a single document at its deposition, and for sanctions in the form of an award of attorney fees and costs attendant to the filing of this motion, all as more fully set forth in the attached memorandum in support.

                                                                         Respectfully submitted,

                                                                         **KOCH & SCHMIDT, L.L.C.**
                                                                         */s/ R. Joshua Koch, Jr.*
                                                                         **R. JOSHUA KOCH, JR**., La. Bar No. #07767
                                                                         650 Poydras Street, Suite 2415
                                                                         New Orleans, Louisiana  70130
                                                                         Telephone: (504) 802-9040
                                                                         Facsimile: (504) 802-9041
                                                                         Email: jkoch@kochschmidt.com
                                                                         *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 20th day of December, 2013, a copy of the foregoing was served upon all counsel of record in this proceeding via the Court's electronic filing system.

    */s/ R. Joshua Koch, Jr.*