UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

LILY JANE, LLC                                                      CIVIL ACTION NO.: 13-579

versus                                                                  SECTION "R"        MAG.  (5)

GLOBAL OILFIELD
CONTRACTORS, LLC,                                         HON. SARAH S. VANCE
JEFFREY J. DEROSIA AND
JEFFREY G. DEROSIA                                         MAG. ALMA L. CHASEZ

### DEFENDANT JEFFREY J. DEROSIA's OPPOSITION
### TO PLAINTIFF'S MOTION TO COMPEL

NOW COMES Defendant Jeffrey J. DeRosia ("Defendant" or "Respondent"), through

undersigned counsel, and responds as follows to the Plaintiff's Motion to Compel:

This is a suit to recover for charter hire and other damages allegedly owed by Defendant

Global Oilfield Contractors, LLC (hereinafter "GOC"), a now-defunct entity. Defendants Jeffrey

J. DeRosia and Jeffrey G. DeRosia are former officers of GOC and putative guarantors on an

alleged contract between the Plaintiff and GOC.  The Plaintiff has taken default judgments

against Defendants GOC and Jeffrey J. DeRosia.

As indicated above, GOC is a defunct company.  It has no employees and no offices.

What GOC documents remain extant are in a storage room of Defendant Jeffrey J. DeRosia's

home.  Both Jeffrey J. DeRosia and Jeffrey G. DeRosia – from whom the Plaintiff seeks to

recover personally – work fulltime, and Defendant Jeffrey G. DeRosia now resides in Texas,

making the gathering, review, and dissemination of responsive discovery documents a hardship

in this instance.  The DeRosias respectfully submit that the contempt sanctions the Plaintiff seeks

on this motion – which include incarceration – would be wholly inappropriate given the facts of

this matter, and that the Court should exercise its considerable discretion to decline to award any such sanctions, .  Nonetheless, and in the spirit of cooperation, the DeRosias are making an effort to compile reasonable, responsive, non-privileged, and discoverable documents in their possession and produce same prior to the scheduled January 8, 2014 hearing on this Motion.

From almost the inception of the case, the DeRosias have sought to avoid costly discovery and motion practice and instead attempt to reach a reasonable resolution of this matter, and doing so remains their goal.  They have been requesting a settlement proposal from the Plaintiff for at least three months.  Discovery consistent with that position was directed toward the Plaintiff in November, and the DeRosias anticipate that the Plaintiff will be providing the documents and information that it contends support its claim in short order, so that a resolution hopefully can be reached.  (See e-mails among counsel attached *in globo* as Exhibit "A" and discovery attached as Exhibit "B".)  The DeRosias accordingly would pray that, even if their production of documents prior to January 8 moots the telephone hearing on the instant Motion, the Court use that allotted time to conduct a brief status conference with the parties' counsel to discuss the disclosure of any necessary information and assist the parties in reaching the mutually hoped-for reasonable resolution of this case.

Respectfully submitted:

_____

Joseph E. Lee III (26968)
Frilot L.L.C.
3700 Energy Centre
1100 Poydras Street
New Orleans, Louisiana  70163-3700
Telephone:     (504) 599-8042
Facsimile:     (504) 599-8138
E-Mail:          jlee@frilot.com

Counsel for Defendants Jeffrey G. DeRosia and
Jeffrey J. DeRosia

## Certificate of Service

I certify that a copy of the above and foregoing has been served on the following counsel of record in this matter by the means indicated below:

| [    ] | United States Mail | [    ] | Federal Express |
|--------|-------------------|--------|-----------------|
| [    ] | Facsimile | [    ] | E-Mail |
| [    ] | Hand Delivery | [  ü  ] | CM/ECF System |

R. Joshua Koch, Jr., Esq.
Koch & Schmdt, Esq.
650 Poydras Street, Suite 2415
New Orleans, Louisiana  70130
Telephone:     (504) 802-9040
Facsimile:     (504) 802-9041
Email:          jkoch@kochschmidt.com
Attorneys for Plaintiff Lily Jane, LLC

New Orleans, Louisiana, this 31st day of December, 2013.


_____
Joseph E. Lee III