```
MINUTE ENTRY
CHASEZ, M.J.
FEBRUARY 12, 2014
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LILY JANE, LLC | CIVIL ACTION |
| VERSUS | NUMBER: 13-0579 |
| GLOBAL OILFIELD CONTRACTORS, LLC, ET AL. | SECTION: "R"(5) |

HEARING ON MOTION

APPEARANCES:   Josh Koch, Josh Lee

MOTION:

(1)  Plaintiff's Motion to Compel and for Contempt (Rec. doc. 27).

_____ :   Continued to

_____ :   No opposition

\_\_1\_\_ :   Opposition

ORDERED

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

_____ :   Denied.

\_\_1\_\_ :   Other.  Unless Mr. Derosia is willing to sign the affidavit proposed by plaintiff, plaintiff is to re-convene the R.30(b)(6) deposition of GOC and is to question the representative on the existence and search for the information and documents responsive to its subpoena, reserving to plaintiff the right to re-urge its

```
MJSTAR(00:25)
```

request for attorney's fees.  This is to be accomplished within two (2) weeks.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE